| United States District Court | DISTRICT of ARIZONA |
|---|---|

| UNITED STATES OF AMERICA V. Abraham Santiago Rivera-Barnica | DOCKET NO. |
|---|---|

FILED ___ LODGED
RECEIVED ___ COPY

JAN 1 4 2010

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA
BY_____

MAGISTRATE'S CASE NO.
**10-00119M**

Complaint for violation of Title 18     United States Code § 111(a) & 111(b)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about January 12, 2010, at or near Nogales in the District of Arizona, Abraham Santiago Rivera-Barnica did intentionally and forcibly assault, resist, oppose, impede, intimidate and interfere with United States Border Patrol agent Gabriel Pedrego, an officer of the United States, while said officer was engaged in and on account of the performance of his official duties and in the process inflicted bodily injury upon United States Border Patrol agent Gabriel Pedrego in that Abraham Santiago Rivera-Barnica struggled with and fled from United States Border Patrol agent Gabriel Pedrego causing United States Border Patrol agent Gabriel Pedrego to fall and sustain a broken nose, lose two teeth, fracture a vertebra and lacerate his forehead causing United States Border Patrol agent Gabriel Pedrego to receive 40 stitches; in violation of Title 18, United States Code Sections 111(a) and 111(b).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On January 12, 2010, BP agents saw a group of suspected UDAs near Walker Canyon near Nogales. Agents attempted to apprehend them but Abraham Santiago Rivera-Barnica fled. Agent Pedrego gave chase and caught up with the defendant. Agent Pedrego grabbed Abraham Santiago Rivera-Barnica but Abraham Santiago Rivera-Barnica pulled away and ran to a large boulder United States Border Patrol Agent ran to the boulder and again tried to apprehend the Defendant in the process the agent fell causing the agent to incur the injuries noted.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**
DETENTION

| REC: DETENTION Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. JJF/df AUTHORIZED BY: AUSA | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE FBI agent Michelle Terwilliger |

Sworn to before me and subscribed in my presence.

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE JAN. 14, 2010 |
|---|---|